UNITED STATES of America, on the Relation of William ABRAMS, Relator-Appellant, v. Honorable Raymond J. MULLIGAN, United States Marshal for the Southern District of New York, and Honorable Garrett W. Cotter, United States Commissioner for the Southern District of New York, Respondents-Appellees.

UNITED STATES of America, on the Relation of Morris GOLDSTEIN, Relator-Appellant, v. The SAME, Respondents-Appellees.

Nos. 309, 310.

Circuit Court of Appeals, Second Circuit.

Feb. 18, 1935.

Blau, Perlman & Polakoff, of New York City (Edward J. McCrossin, of New York City, of counsel), for appellants.

Martin Conboy, U. S. Atty., of New York City (Nicholas T. Rogers, Asst. U. S. Atty., of New York City, of counsel), for appellees.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Orders affirmed.

UNITED STATES ex rel. HEINZKIOBGE, Appellee, v. Byron H. UHL, Director of Immigration, Appellant.

No. 290.

Circuit Court of Appeals, Second Circuit.

March 11, 1935.

Martin Conboy. U. S. Atty., of New York City (Elizabeth S. Rogers, of New York City, of counsel), for appellant.

Gaspare M. Cusumano, of New York City, for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.
Reversed on the authority of United States ex rel. Volpe v. Smith, 289 U. S. 422, 53 S. Ct. 665, 77 L. Ed. 1298.

UNITED STATES of America, Appellant, v. Virgil R. HARTZELL, Appellee.

No. 7822.

Circuit Court of Appeals, Ninth Circuit.

April 1, 1935.

Carl C. Donaugh, U. S. Atty., of Portland, Or.

Barge E. Leonard, of Portland, Or., for appellee.

Before WILBUR, GARRECHT, and DENMAN, Circuit Judges.

PER CURIAM.
Upon motion of counsel for appellant, and stipulation of counsel for respective parties, ordered appeal dismissed; mandate forthwith.

UNITED STATES of America, Appellant, v. Krikor H. TOROSIAN, Appellee.

No. 7824.

Circuit Court of Appeals, Ninth Circuit.

April, 1935.

Peirson M. Hall, U. S. Atty., and Ernest D. Fooks, Atty., Department of Justice, both of Los Angeles, Cal., for appellant.

Alvin Gerlack, of San Francisco, Cal., for appellee.

Before WILBUR, GARRECHT, and DENMAN, Circuit Judges.

PER CURIAM.
Upon stipulation of counsel for respective parties, ordered appeal dismissed; mandate forthwith.